# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131329

AMINA MAWRY, Personal Representative of
the Estate of MOHAMED MAWRY, Deceased,
            Plaintiff-Appellee,

v

ABDELKADER FARES, M.D. and
ABDELKADER FARES, M.D., P.C.,
            Defendants-Appellants,

and

SALEH MUSLAH, SALEH MUSLAH, M.D.,
P.C., MICHIGAN MEDICAL GROUP, P.C.,
MAHMOUD RAHIM, M.D., RAHIM MEDICAL
CENTER, P.C., ASSOCIATED PHYSICIANS
OF SOUTHEAST MICHIGAN, P.C., FIRAS
ZOUABI, M.D., OAKWOOD HOSPITAL-
HERITAGE CENTER, and OAKWOOD
HEALTHCARE, INC.
            Defendants.
_____/

SC: 131329
COA: 265428
Wayne CC: 05-509777-NH

On order of the Court, the application for leave to appeal the March 8, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

_Corbin R. Davis_
Clerk

d0918